FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 AUG -6  PM 2: 15

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division
BY ___ M___

RWT 13 CV 2285

| | | |
|---|---|---|
| MARVIN S. CASTRO, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: |
| | | (Removed from Circuit Court for Montgomery |
| BANK OF AMERICA, *et al.*, | * | County, Case No. 377754-V) |
| Defendants. | * | |

* * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF REMOVAL
### (Federal Question Jurisdiction)

Defendant Green Tree Servicing LLC ("Green Tree"), by its undersigned counsel, hereby provides Notice pursuant to 28 U.S.C. §§ 1441 and 1446 of its removal of the above-captioned case from the Circuit Court of Maryland for Montgomery County to the United States District Court for the District of Maryland, Southern Division. Removal is based on 28 U.S.C. § 1331 (federal question) with 28 U.S.C. § 1367 (supplemental jurisdiction). As grounds for removal, Green Tree states the following:

1. On or about June 3, 2013, Plaintiff Marvin S. Castro ("Plaintiff") commenced this action against Green Tree, Bank of America and Cohn Goldberg and Deutsch, LLC (collectively "Defendants") by filing a complaint in the Circuit Court of Maryland for Montgomery County (the "State Court Action"). The State Court Action was assigned Case Number 377754V.

2. In the complaint, Plaintiff attempts to assert eight claims against Defendants including: (1) negligence; (2) fraud and deceit; (3) accounting; (4) breach of contract; (5) unjust enrichment; (6) quiet title; (7) violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*; and (8)

violations of the Civil Rights Act, 42 U.S.C. Chapter 21. *See* Complaint, ¶¶ 20-53. Plaintiff's claims arise from the servicing of mortgage loans related to certain real property located in Montgomery County, Maryland. *Id.*, ¶¶ 11-19. For relief, Plaintiff seeks to quiet title of the property, a declaratory judgment and an unspecified amount of actual and punitive damages. *See* Complaint, *Prayer for Relief*.

3. Removal to this Court is proper. Pursuant to 28 U.S.C. §§ 1446(a) and 1441(a), this Notice of Removal is being filed in the United States District Court for the District of Maryland, Southern Division, which is the federal district court embracing the state court where the State Court Action was filed.

4. Removal is timely. Green Tree first received the complaint with the original summons on July 8, 2013. This Notice of Removal is being filed with the United States District Court for the District of Maryland, Southern Division on August 6, 2013, within the statutory period set forth in 28 U.S.C. § 1446(b).

5. This Notice of Removal is signed pursuant to Federal Rule of Civil Procedure 11. *See* 28 U.S.C. § 1446(a).

6. Defendants Bank of America and Cohn Goldberg and Deutsche, LLC consent to the removal of this action. Copies of the written consent of these defendants are attached hereto as **Exhibits 1 and 2**, respectively.

7. All other procedural requirements have been met.

    a. Attached hereto as **Exhibit 3** is a copy of all "process, pleadings and orders served upon" Green Tree and is being filed with the Clerk of the Court contemporaneously with the filing of this Notice of Removal, pursuant to 28 U.S.C. § 1446(a).

2799791.1 29075/122743 08/06/2013

    b. Attached hereto as **Exhibit 4** is a copy of the Notice of Filing of Notice of Removal that Green Tree will file in the Circuit Court of Maryland for Montgomery County and will promptly serve upon Plaintiff.

8. This Court has "original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. Pursuant to 28 U.S.C. § 1441(a), "[e]xcept as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a). Additionally, pursuant to 28 U.S.C. § 1441(b), "[a]ny civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be remove without regard to the citizenship or residence of the parties." 28 U.S.C. § 1441(b).

9. Green Tree is entitled to remove this action to this Court pursuant to 28 U.S.C. § 1441. Plaintiff's assertion of claims under the FDCPA and the Civil Rights Act renders this suit as one over which the United States District Court has original jurisdiction pursuant to 28 U.S.C. § 1331. To the extent the complaint also asserts state law claims that do not involve the application and interpretation of the FDCPA or the Civil Rights Act, this Court has supplemental jurisdiction over those claims pursuant to 28 U.S.C. §§ 1367(a) and 1441(c).

**WHEREFORE**, having satisfied all the requirements for removal under 28 U.S.C. §§ 1441 and 1446, including the presence of all jurisdictional requirements established by 28 U.S.C. § 1331, Defendant Green Tree Servicing, LLC respectfully serves notice that the above-referenced civil action,


now pending in the Circuit Court of Maryland for Montgomery County to the United States District Court for the District of Maryland, Southern Division.

                                  Respectfully submitted,

*/s/ Brian L. Moffet*
Brian L. Moffet
Fed. Bar No. 13821

*/s/ John Y. Lee*
John Y. Lee
Fed. Bar No. 28313
GORDON FEINBLATT LLC
The Garrett Building
233 East Redwood Street
Baltimore, Maryland 21202-3332
Telephone No.: 410/576 - 4291
Fax No.: 410/576 – 4269
Email: bmoffet@gfrlaw.com
Email: jlee@gfrlaw.com
*Attorneys for Defendant*
*Green Tree Servicing, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of August, 2013, a copy of the foregoing Notice of Removal was mailed, first-class, postage prepaid, to:

>Marvin S. Castro
>3032 Schurbert Drive
>Silver Spring, Maryland 20904
>*Plaintiff*
>
>Bank of America
>100 North Tryon Street
>Charlotte, North Carolina 28255
>*Defendant*
>
>Cohn Goldberg and Deutsch, LLC
>600 Baltimore Ave., Suite 208
>Towson, Maryland 21204
>*Defendant*

_____
John Y. Lee