IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **MARVIN S. CASTRO,** | * | |
| Plaintiff, | * | |
| v. | * | Case No. 13-cv-2285-RWT |
| **BANK OF AMERICA,** *et al.*, | * | |
| Defendants. | * | |

## ORDER

The Court having considered Defendant Cohn, Goldberg & Deutsch, LLC's Motion to Dismiss or, in the Alternative, Motion for Summary Judgment [ECF No. 15], Defendant Green Tree Servicing LLC's Motion to Dismiss or, in the Alternative, Motion for Summary Judgment [ECF No. 17], and Defendant Bank of America, N.A.'s Motion to Dismiss [ECF No. 18], and noting that Plaintiff has been notified of pending motions to dismiss or for summary judgment [*see* ECF No. 20] and has failed to timely file a response, it is this 5th day of December, 2013, by the United States District Court for the District of Maryland,

**ORDERED**, that Cohn, Goldberg & Deutsch, LLC's Motion to Dismiss or, in the Alternative, Motion for Summary Judgment [ECF No. 15] is **GRANTED**; and it is further

**ORDERED**, that Green Tree Servicing LLC's Motion to Dismiss or, in the Alternative, Motion for Summary Judgment [ECF No. 17] is **GRANTED**; and it is further

**ORDERED**, that Bank of America, N.A.'s Motion to Dismiss [ECF No. 18] is **GRANTED**; and it is further

**ORDERED**, that this case is **DISMISSED** as to all Defendants; and it is further

**ORDERED**, that the Clerk shall **CLOSE** this case; and it is further

**ORDERED**, that the Clerk shall **TRANSMIT** a copy of this Order to Plaintiff and counsel of record.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE